

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2022

No. 04-22-00589-CV

Renee Kirchoff **CHAPA**, in her capacity as County Commissioner of Jim Wells County, Texas,
and Jim Wells County, Texas,
Appellants

v.

**WYATT RANCHES OF TEXAS, LLC**,
Appellee

From the County Court, Jim Wells County, Texas
Trial Court No. 22-04-61861-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

In this accelerated appeal, Appellants' brief is due on October 10, 2022. Before the due date, Appellants filed an opposed motion for an extension of time to file their brief until October 31, 2022.

Appellants' motion is granted. Appellants' brief is due on October 31, 2022. *See* Tex. R. App. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court